IN THE UNITED STATES DISTRICT COURT FOR THE

WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| KEVIN MARTIN, | ) | |
| | ) | |
| Petitioner | ) | |
| | ) | |
| vs. | ) | No. CIV-06-87-C |
| | ) | |
| JUSTIN JONES, | ) | |
| | ) | |
| Respondent | ) | |

ORDER ADOPTING REPORT AND RECOMMENDATION

This matter is before the Court on the Report and Recommendation entered by the United States Magistrate Judge on August 29, 2008. The court file reflects that Petitioner has not filed an objection to the Report and Recommendation, despite having sought and received an extension of time in which to do so. Therefore, the Court adopts the Report and Recommendation in its entirety.

Accordingly, the Report and Recommendation of the Magistrate Judge is adopted and the petition for writ of habeas corpus denied. A judgment shall enter accordingly.

IT IS SO ORDERED this 25th day of November, 2008.

ROBIN J. CAUTHRON
United States District Judge